# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4222 | **DATE** | 8/28/2012 |
| **CASE TITLE** | AF Holdings LLC, v. John Doe | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's motion to quash [10] is entered and briefed as follows: a response is on file, a reply is due by 9/12/12. Status hearing date stated on the record of 10/18/12 is re-set to 11/13/12 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|